# IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY, LLC, SERIES 9157 DESIRABLE, A/K/A SATICOY BAY, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Appellant,
vs.
TAPESTRY AT TOWN CENTER HOMEOWNERS ASSOCIATION, A DOMESTIC NON-PROFIT CORPORATION; AND TERRA WEST COLLECTIONS GROUP, LLC, D/B/A ASSESSMENT MANAGEMENT SERVICES, A NEVADA LIMITED LIABILITY COMPANY,
Respondents.

No. 81488

FILED

AUG 21 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on July 21, 2020, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

20-30838

cc:    Hon. Nancy L. Allf, District Judge
        Roger P. Croteau & Associates, Ltd.
        McDonald Carano LLP/Las Vegas
        Leach Kern Gruchow Anderson Song/Las Vegas
        Eighth District Court Clerk